**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KAREN KEEN,

    Plaintiff,

vs.                                         Case No. 3:13-cv-78-J-99TJC-JRK

DELTA OUTSOURCE GROUP, INC.,

    Defendant.

## ORDER

The case is before the Court on Plaintiff's Second Unopposed Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment ("Motion") (Doc. 39). In the Motion, Plaintiff advises that this case has been settled and requests until November 22, 2013 to respond to Defendant's motion for summary judgment, by which time the parties intend to file a joint stipulation of dismissal. (Id.) Rather than extend time to respond to a motion that now appears moot based on the parties' settlement, the Court instead determines that the parties should file their joint stipulation to dismiss by November 22, 2013, and that, in the meantime, the deadlines in this case should be terminated and the file closed. Accordingly, it is hereby

**ORDERED:**

    1.    The Motion (Doc 39) is **GRANTED** consistent with this Order.

    2.    The parties shall have until **December 20, 2013** to file a joint motion for dismissal or other appropriate documents to close out this file.

    3.    If the parties have not filed settlement pleadings or a request for extension of

time by the **December 20, 2013** deadline, this case will automatically be deemed to be dismissed without prejudice.  **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline**.  All case scheduling deadlines are terminated and the Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

      **DONE AND ORDERED** at Jacksonville, Florida, this 18th day of November, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies to:

Counsel of Record