UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

KAREN KEEN,

   Plaintiff,

Case No.: 3:13-cv-78-J-99TJC-JRK

v.

DELTA OUTSOURCE GROUP, INC.,

   Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, KAREN KEEN, and Defendant, DELTA OUTSOURCE GROUP, INC., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 19th day of November, 2013.

| | |
|---|---|
| */s/ Max Story* | */s/ Mary Grace Dyleski* |
| Max Story, Esquire | Mary Grace Dyleski |
| Florida Bar No. 527238 | Florida Bar No.: 143383 |
| Collins & Story, P.A. | Urban, Thier, Federer & Chinnery, P.A. |
| 233 East Bay Street, Suite 920 | 200 S. Orange Avenue, Suite 2000 |
| Jacksonville, FL 32202 | Orlando, FL 32801 |
| Telephone (904) 355-0805 | Telephone (407) 245-8352 |
| Facsimile (904) 634-1507 | Facsimile (407) 245-8361 |
| max@collinsstorylaw.com | dyleski@urbanthier.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 19, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Max Story, Collins & Story, P.A., 233 East Bay Street, Suite 920, Jacksonville, FL 32202, mspleadings@collinsstorylaw.com.

*/s/ Mary Grace Dyleski*
Mary Grace Dyleski
Florida Bar No.: 143383
dyleski@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
Attorneys for Defendant