**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KAREN KEEN,

    Plaintiff,

vs.                                       Case No. 3:13-cv-78-J-99TJC-JRK

DELTA OUTSOURCE GROUP, INC.,

    Defendant.

**ORDER**

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 42), filed on November 19, 2013, this case is dismissed with prejudice. Each party to bear its own attorney's fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 20th day of November, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Counsel of Record